**Opinion issued December 2, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00609-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**JEFFREY LYNN WALTER, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 12CR3084**

---

## MEMORANDUM OPINION

Appellant, the State of Texas, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). This motion has been on file with the Court for more than ten days and no opinion has issued. *See* TEX. R. APP. P. 10.3(a), 42.2(a).

Accordingly, we grant the motion and **dismiss** the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish.  TEX. R. APP. P. 47.2(b).